# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2025

Lyle W. Cayce
Clerk

No. 24-10632
Summary Calendar

───────────────

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs ᴏғ Aᴍᴇʀɪᴄᴀ,

*Plaintiff—Appellee*,

*versus*

Jᴀᴇʟɪɴᴅ Fᴏᴜɴᴛᴀɪɴᴇ,

*Defendant—Appellant*.

───────────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CR-43-1

───────────────────────────────────

Before Gʀᴀᴠᴇs, Wɪʟʟᴇᴛᴛ, and Wɪʟsᴏɴ, *Circuit Judges*.

Pᴇʀ Cᴜʀɪᴀᴍ:*

The attorney appointed to represent Jaelind Fountaine has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Fountaine has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Fountaine's claims of ineffective

───────────────────────

* This opinion is not designated for publication. *See* 5ᴛʜ Cɪʀ. R. 47.5.

No. 24-10632

assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Fountaine's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.